UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL BRENT,

      Plaintiff,                              Case No.  05-71095

v.                                         District Judge Julian Abele Cook
                                            Magistrate Judge R. Steven Whalen

CITY OF DETROIT,
a Municipal Corporation,
DETROIT WATER & SEWAGE
DEPARTMENT,

      Defendants.
_____/

**ORDER DENYING MOTION TO STRIKE**

For the reasons stated on the record on September 26, 2006, Plaintiff's Motion to Strike Defendant's Witness List [Docket #27] is DENIED

SO ORDERED.

                                            S/R.  Steven Whalen
                                            R.  STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  September 26, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 26, 2006.

                                            S/G. Wilson
                                            Judicial Assistant