UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL BRENT,

      Plaintiff,               Case No.  05-71095

v.                            District Judge Julian Abele Cook
                               Magistrate Judge R. Steven Whalen

CITY OF DETROIT,
a Municipal Corporation,
DETROIT WATER & SEWAGE
DEPARTMENT,

      Defendants.
_____/

ORDER AMENDING COURT'S ORDER OF
OCTOBER 26, 2006 [#69]

On October 26, 2006 this Court entered an Order dismissing as moot Plaintiff's Motion for Protective Order [#59].  It has come to the Court's attention that through a docketing error of the Motion for Protective Order [#65] the Court inadvertently terminated the wrong Motion for Protective Order;

IT IS HEREBY ORDERED that the Order dated October 26, 2006 [#69] is STRICKEN;

IT IS FURTHER ORDERED that Plaintiff's Motion to Withdraw Protective Order [#65] is GRANTED.   Plaintiff's Motion for Protective Order [Docket #49] is DISMISSED AS MOOT.

SO ORDERED.

                                        S/R.  Steven Whalen
                                        R.  STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  October 30, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 30, 2006.

                                        s/Gina Wilson
                                        Judicial Assistant