UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL BRENT,

      Plaintiff,                     Case No.  05-71095

v.                                  District Judge Julian Abele Cook
                                  Magistrate Judge R. Steven Whalen

CITY OF DETROIT,
a Municipal Corporation,
DETROIT WATER & SEWAGE
DEPARTMENT,

      Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Determine sufficiency of Answers to Plaintiff's Third Request for Admissions [Docket #50].  For the reasons and under the terms stated on the record on October 31, 2006, Plaintiff's Motion is GRANTED IN PART AND DENIED IN PART.  Defendant shall provide written supplemental answers to Requests to Admit 1, 2, 3, 4, 12, 13, 14, 16 and 18, within seven days of the date of this Order.  As to the other requests at issue, the Motion is DENIED.

     SO ORDERED.

                                                  S/R.  Steven Whalen
                                                  R.  STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  October 31, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 31, 2006.

S/Gina Wilson  
Judicial Assistant