UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL BRENT,

      Plaintiff,                    Case No.  05-71095

v.                                District Judge Julian Abele Cook
                                 Magistrate Judge R. Steven Whalen

CITY OF DETROIT,
a Municipal Corporation,
DETROIT WATER & SEWAGE
DEPARTMENT,

      Defendants.
_____/

**ORDER**

      Before the Court is Plaintiff's Motion for Protective Order re: Independent Medical Exam [Docket #59].  For the reasons stated on the record on October 31, 2006, the Motion is GRANTED.

      SO ORDERED.

                                  S/R.  Steven Whalen
                                  R.  STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

Dated:  October 31, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 31, 2006.

                                  S/Gina Wilson
                                  Judicial Assistant