UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL BRENT,

      Plaintiff,                      Case No.  05-71095

v.                                    District Judge Julian Abele Cook
                                        Magistrate Judge R. Steven Whalen

CITY OF DETROIT,
a Municipal Corporation,
DETROIT WATER & SEWAGE
DEPARTMENT,

      Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Determine sufficiency of Answers to Plaintiff's Second Request for Admissions [Docket #36].  For the reasons and under the terms stated on the record on October 31, 2006, Plaintiff's Motion is DENIED, subject to Defendant providing a written amended answer, within 7 days of the date of this Order,  to Request to Admit #15, consistent with counsel's statement on the record that it is admitting in part and denying in part this Request.

     SO ORDERED.

                                              S/R.  Steven Whalen
                                              R.  STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated:  October 31, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 31, 2006.

S/Gina Wilson<br>Judicial Assistant