UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL BRENT,

    Plaintiff,               Case No. 05-71095

v.                            District Judge Julian Abele Cook
                              Magistrate Judge R. Steven Whalen

CITY OF DETROIT,
a Municipal Corporation,
DETROIT WATER & SEWAGE
DEPARTMENT,

    Defendants.
_____/

**ORDER REGARDING PLAINTIFF'S DISCOVERY MOTIONS**

Before the Court are four motions filed by Plaintiff regarding discovery issues:

1. Motion for Contempt and Enforcement of Order [Docket #119].

2. Motion to Allow Further Examination of Christopher Jones [Docket #124].

3. Motion to Compel Answers to Interrogatories and Document Requests [Docket #128].

4. Motion for Default Judgment [Docket #130].

For the reasons and under the terms stated on the record on June 19, 2007,

Plaintiff's Motion for Contempt [Docket #119] is DENIED.

Plaintiff's Motion to Allow Further Examination of Christopher Jones [Docket #124] is GRANTED. Mr. Jones may be re-deposed for a period not to exceed one hour

-1-

from the time he is sworn as a witness. The re-deposition shall take place within 14 days of the date of this Order.

Plaintiff's Motion to Compel [Docket #128] is DENIED.

Plaintiff's Motion for Default Judgment [Docket #130] is DENIED.

SO ORDERED.

                                           S/R. Steven Whalen
                                           R. STEVEN WHALEN
                                           UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 19, 2007.

                                           S/Gina Wilson
                                           Judicial Assistant